IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

PARRIS ALEXANDER BRYANT,

    Plaintiff,

v.                              Civil Action No. 3:11CV166

OFFICER HAINES, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on April 12, 2011, the Court conditionally docketed Plaintiff's action. The Memorandum Order warned Plaintiff that he must immediately advise the Court of his new address in the event that is transferred, released, or relocated. On August 2, 2011, the United States Postal Service returned to the Court a July 22, 2011 Memorandum Order ordering service on Defendants. The envelope was marked "RETURN TO SENDER," "INSUFFICIENT ADDRESS," "UNABLE TO FORWARD," and "Cannot Locate in System." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. The Motion to Dismiss (Docket No. 19) will be DENIED AS MOOT.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                      /s/
                              Robert E. Payne
                              Senior United States District Judge

Date: September 13, 2011
Richmond, Virginia